# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CLAYTON D. GRISBY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:10cv00184 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| WILBERFORCE UNIVERSITY, et al., | : | **DECISION AND ENTRY** |
| Defendants. | : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #39), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 15, 2011 (Doc. #39) is ADOPTED in full; and

2. Defendants' Motion for Partial Judgment on the Pleadings (Doc. #33) is DENIED as Moot.

August 2, 2011                                            *s/THOMAS M. ROSE*
                                                                         _____
                                                                         Thomas M. Rose
                                                                         United States District Judge